NOT FOR PUBLICATION

# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

**05-1356**

**STATE OF LOUISIANA**

**VERSUS**

**EARNEST WAYNE LEE, III**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 02-220140
HONORABLE JOHN E. CONERY, PRESIDING
\*\*\*\*\*\*\*\*\*\*

**SYLVIA R. COOKS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Billy H. Ezell and James T. Genovese, Judges.

**AFFIRMED.**

**Chester R. Cedars, Assistant District Attorney**
**Sixteenth Judicial District**
**St. Martin Parish Courthouse**
**Second Floor**
**St. Martinville, LA 70582**
**(337) 394-2220**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Paula C. Marx**
**Louisiana Appellate Project**
**P.O. Box 8006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**COUNSEL FOR DEFENDANT-APPELLANT:**
    **Earnest Wayne Lee, III**